

11cv180 Ruling Pending Motions 1-22-13

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2013 JAN 22 P 4:05
U.S. DISTRICT COURT
BRIDGEPORT, CONN

LAWRENCE SHEPPARD

    V.                    CASE NO. 3:11CV180 (SRU)

JEFFREY MCGILL, ET AL.

## RULING ON PENDING MOTIONS

Pending before the court is a motion in limine, motion for a trial memorandum conference, motion to appoint counsel and motion for extension of time to file the joint trial memorandum filed by the plaintiff and motion for leave to file a motion for summary judgment by the defendants. At this time, the court has determined that it would be beneficial to refer the matter for a settlement conference to Magistrate Judge Garfinkel. It appearing to the court that a proper and effective settlement conference cannot be achieved without appointment of counsel, the Clerk's office shall make reasonable efforts to appoint counsel from the Civil Pro Bono Panel to represent the plaintiff at the settlement conference.

Accordingly, the Motion for Appointment of Counsel [**Doc. No. 39**] is **GRANTED** for settlement purposes only. The deadline for completing a Joint Trial Memorandum set forth in [**Doc. No. 36**] is **SUSPENDED**. If necessary, the court will issue a new joint trial memorandum order after the settlement conference.

The plaintiff's Motion for a Trial Memorandum Conference [**Doc. No. 38**] and Motion for Extension of Time [**Doc. No. 40**] to prepare

the joint trial memorandum are **DENIED** as moot. The Motion in Limine [**Doc. No. 37**] is **DENIED** without prejudice. The plaintiff may re-file the motion if the case proceeds to trial. The Motion for Leave to File a Motion for Summary Judgment [**Doc. No. 41**] is **DENIED** without prejudice to re-filing after the settlement conference.

SO ORDERED at Bridgeport, Connecticut, this 22nd day of January 2013.

/s/ Stefan R. Underhill, USDJ

STEFAN R. UNDERHILL
UNITED STATES DISTRICT JUDGE